BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARTINEZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-00481-DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE; **ORDER** CONTINUING CASE |
| vs. | ) | |
| HECTOR MARTINEZ-HERNANDEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of March 5, 2010, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for March 26, 2010 at 9:00 a.m.

The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A). The reasons for this continuance are as follows: Defense counsel requires additional time to interview a witness and review records prior to deciding how to proceed in this case. For the foregoing reasons, the parties stipulate that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the

1  exercise of due diligence.

2

3

4  DATED: MARCH 3, 2010

5  _____/S/_____
   JOHN COOKE
6  Assistant United States Attorney

7

8  DATED:  MARCH 3, 2010

9  _____/S/_____
   JOHN PAUL REICHMUTH
10 Assistant Federal Public Defender
   Attorney for Hector Martinez Hernandez

11

12 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from March 5, 2010 until March 26, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and effective preparation of counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(7)(A) from March 5, 2010 until March 26, 2010.

IT IS FURTHER ORDERED that the STATUS HEARING date of March 5, 2010, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for March 26, 2010 at 9:00 a.m.

**DATED: March 4, 2010**

_____
HON. D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE