1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MARTINEZ-HERNANDEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-09-00481-DLJ
                                    )
12              Plaintiff,          )   STIPULATION TO CONTINUE; ORDER
                                    )   CONTINUING CASE
13 vs.                              )
                                    )
14 HECTOR MARTINEZ-HERNANDEZ,       )
                                    )
15              Defendant.          )
   _____)
16

17         IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 STATUS HEARING date of June 4, 2010, scheduled at 9:00 a.m., before the Honorable D.

19 Lowell Jensen, be vacated and reset for July 30, 2010 at 9:00 a.m.

20         The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§

21 3161(h)(7)(A). The reasons for this continuance are as follows: Defense counsel requires

22 additional time to review records prior to deciding how to proceed in this case. The government

23 has agreed to provide tapes of deportation proceedings, which is expected to take two or three

24 weeks. Defense counsel then needs additional time to review the tapes. Government counsel is

25 unavailable on July 16 and July 23, and defense counsel anticipates that he will be out on leave

26 on July 9. For the foregoing reasons, the parties stipulate that the ends of justice served by the

1

1 continuance requested herein outweigh the best interests of the public and the defendant in a
2 speedy trial because the failure to grant such a continuance would unreasonably deny counsel for
3 the defendant the reasonable time necessary for effective preparation, taking into account the
4 exercise of due diligence.

7 DATED: June 1, 2010

8 _____/S/_____
JOHN COOKE
9 Assistant United States Attorney

11 DATED: June 1, 2010

12 _____/S/_____
JOHN PAUL REICHMUTH
13 Assistant Federal Public Defender
Attorney for Hector Martinez Hernandez

15 SIGNATURE ATTESTATION

16     I hereby attest that I have on file all holograph signatures for any signatures indicated by
17 a "conformed" signature (/S/) within this e-filed document.

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from June 4, 2010 until July 30, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and effective preparation of counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A) from June 4, 2010 until July 30, 2010.

IT IS FURTHER ORDERED that the STATUS HEARING date of June 4, 2010, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for July 30, 2010 at 9:00 a.m.

DATED: June 2, 2010

_____
HON. D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE