BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
HECTOR MARTINEZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00481-DLJ |
| Plaintiff, | STIPULATION TO CONTINUE; ORDER CONTINUING CASE |
| v. | |
| HECTOR MARTINEZ-HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of October 29, 2010, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for November 12, 2010 at 9:00 a.m.

The requested continuance is authorized by The Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The reasons for this continuance are as follows: Defense counsel requires additional time to review tapes of deportation proceedings in this case. Additionally, counsel needs additional time to meet with Mr. Martinez Hernandez. The only interpreter known to counsel who is permitted to enter the detention facility in which Mr. Martinez Hernandez is being held was unavailable between the date of her authorization to enter the facility

1  and October 29, 2010.  For the foregoing reasons, the parties stipulate that the ends of justice served
2  by the continuance requested herein outweigh the best interests of the public and the defendant in
3  a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for
4  the defendant the reasonable time necessary for effective preparation, taking into account the
5  exercise of due diligence.

7  DATED: October 28, 2010

8                                              /s/
   JOHN COOKE
9  Assistant United States Attorney

11  DATED: October 28, 2010

12                                              /s/
    ELLEN V. LEONIDA
13  Assistant Federal Public Defender
    Attorney for Hector Martinez Hernandez

15      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ ELLEN V. LEONIDA

No. CR-09-00481-DLJ
Stipulation to Continue; [Proposed] Order
Continuing Case                                2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from October 29, 2010 until November 12, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and effective preparation of counsel.

2. Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A) and 3161(h)(7)(B)(iv) from October 29, 2010 until November 12, 2010.

3. IT IS FURTHER ORDERED that the STATUS HEARING date of October 29, 2010, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for November 12, 2010 at 9:00 a.m.

DATED: October 28, 2010

_____
HON. D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE