BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
HECTOR MARTINEZ-HERNANDEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR MARTINEZ-HERNANDEZ, <br><br> Defendant. | No. CR-09-00481-DLJ <br><br> STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME PURSUANT TO 18 U.S.C. §§ 3161(h)(7)(A) & 3161(h)(7)(B)(iv); ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status conference date of January 28, 2011 at 10:00 a.m., before the Hon. D. Lowell Jensen, be vacated and that further status conference be set on February 25, 2011 at 9:00 a.m.

The requested continuance is authorized by The Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The reasons for this continuance are as follows: Defense counsel will be engaged in a jury trial in the matter of United States v. Darius Jordan (CR 10-00669 WHA) beginning January 26, 2011. Additionally, counsel is continuing to review audio tapes of immigration proceedings relevant to this case and conducting ongoing investigation. For the

1  foregoing reasons, the parties stipulate that the ends of justice served by the continuance requested
2  herein outweigh the best interests of the public and the defendant in a speedy trial because the failure
3  to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time
4  necessary for effective preparation, taking into account the exercise of due diligence.

6  DATED: January 14, 2011

7                                  _____/s/_____
                                    TREVOR L. RUSIN
8                                   Assistant United States Attorney

10 DATED: January 14, 2011

11                                 _____/s/_____
                                    ELLEN V. LEONIDA
12                                  Assistant Federal Public Defender
                                    Attorney for Hector Martinez Hernandez

14      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
        within this e-filed document.                    /S/ ELLEN V. LEONIDA

CR 09-00481 DLJ
Stipulation to Continuance; [Proposed] Order            2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 28, 2011 until February 25, 2011 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and effective preparation of counsel.

2. Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A) and 3161(h)(7)(B)(iv) from January 28, 2011 until February 25, 2011.

3. IT IS FURTHER ORDERED that the STATUS HEARING date of January 28, 2011, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for February 25, 2011 at 9:00 a.m.

DATED: January 14, 2011

_____
HON. D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE

CR 09-00481 DLJ
Stipulation to Continuance; [Proposed] Order          3