BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
HECTOR MARTINEZ-HERNANDEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR-09-00481-DLJ |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME PURSUANT TO 18 U.S.C. §§ 3161(h)(7)(A) & 3161(h)(7)(B)(iv); **ORDER** |
| v. | |
| HECTOR MARTINEZ-HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status conference date of February 25, 2011 at 10:00 a.m., before the Hon. D. Lowell Jensen, be vacated and that further status conference be set on March 25, 2011, at 9:00 a.m.

The requested continuance is authorized by The Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The reasons for this continuance are as follows: Defense counsel is conducting ongoing investigation and attempting to obtain records relevant to the disposition of this case. For the foregoing reasons, the parties stipulate that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the

CR 09-00481 DLJ
Stipulation to Continuance; Order          1

1  defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny

2  counsel for the defendant the reasonable time necessary for effective preparation, taking into account

3  the exercise of due diligence.

5  DATED: February 24, 2011

6                                        /s/
                               TREVOR L. RUSIN
7                                Assistant United States Attorney

9  DATED: February 24, 2011

10                                     /s/
                               ELLEN V. LEONIDA
11                                Assistant Federal Public Defender
                              Attorney for Hector Martinez Hernandez

13      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ ELLEN V. LEONIDA

CR 09-00481 DLJ
Stipulation to Continuance;  Order                    2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from February 25, 2011 until March 25, 2011 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and effective preparation of counsel.

2. Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A) and 3161(h)(7)(B)(iv) from February 25, 2011 until March 25, 2011.

3. IT IS FURTHER ORDERED that the STATUS HEARING date of February 25, 2011, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for March 25, 2011 at 9:00 a.m.

DATED: February 24, 2011

_____
HON. D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE

CR 09-00481 DLJ
Stipulation to Continuance;  Order          3