MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH P. AUDAL (NYBN 4786935)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: joseph.audal@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                       )<br>     Plaintiff, )<br>                                       )<br>   v. )<br>                                       )<br>HECTOR MARTINEZ-HERNANDEZ, )<br>                                     )<br>     Defendant. )<br>                                     ) | No. 09-00481 DLJ<br><br>**STIPULATION RE: REVISED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS INDICTMENT**<br><br>Date:  January 6, 2012<br>Time:  10:00 a.m.<br>Court: Hon. D. Lowell Jensen |

     The parties hereby submit the following proposed revised briefing schedule for Defendant's Motion to Dismiss Indictment.

     Defense Motion:                   November 18, 2011

     Government Opposition:     December 9, 2011

     Defense Reply:                     December 23, 2011

     Hearing Date:                      January 6, 2012, 10:00 a.m.

     Good cause exists for the revision of the briefing schedule because both parties need additional time to prepare the briefs. The parties further stipulate and agree that the time from November 18, 2011 to January 6, 2012 should be excluded in accordance with the provisions of

1  the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), based upon the pendency of the defense
2  motion.

5  DATED: November 30, 2011                                /s/
6                                                          JOSEPH P. AUDAL
                                                           Special Assistant United States Attorney

9  DATED: November 30, 2011                                /s/
                                                           BRENDAN M. HICKEY
10                                                         Counsel for Martinez-Hernandez

STIPULATION
09-00481 DLJ                              2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-00481 DLJ |
| Plaintiff, | ) ) | **ORDER RE: REVISED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS INDICTMENT** |
| v. | ) ) | |
| HECTOR MARTINEZ-HERNANDEZ, | ) ) | Date: January 6, 2012 Time: 10:00 a.m. |
| Defendant. | ) ) | Court: Hon. D. Lowell Jensen |

IT IS HEREBY ORDERED THAT, based upon the stipulation of the parties above, the Court hereby adopts the following briefing schedule:

    Defense Motion:                 November 18, 2011

    Government Opposition:     December 9, 2011

    Defense Reply:                  December 23, 2011

    Hearing Date:                  January 6, 2012, 10:00 a.m.

The court further finds that the time from November 18, 2011 to January 6, 2012 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), based upon the pendency of the defense motion.

IT IS SO ORDERED.

DATE : December 5, 2011                         HON. D. LOWELL JENSEN
                                                       United States District Judge