1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MAUREEN C. ONYEAGBAKO (CABN 238419)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA, 94612
       Telephone:  (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-mail:     maureen.onyeagbako@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           )   No.  CR 09-00481 DLJ
                                         )
14 |         Plaintiff,                  )   JOINT STIPULATION TO CONTINUE
                                         )   DEADLINE FOR PRE-TRIAL FILINGS TO
15 |     v.                              )   MAY 4, 2012; [] ORDER
                                         )
16 | HECTOR MARTINEZ-HERNANDEZ,          )   Pre-Trial Conference: May 11, 2012
                                         )   Time:                 10:00 a.m.
17 |         Defendant.                  )   Court:                Hon. D. Lowell Jensen
                                         )
18 |_____)

19      IT IS HEREBY STIPULATED, by and between the parties to this action through their

20 undersigned counsel, as follows:

21      WHEREAS, trial in the above-captioned matter was originally scheduled to begin on

22 May 14, 2012 with the pre-trial conference to take place May 4, 2012, and pre-trial motions and

23 memoranda to be filed by April 27, 2012;

24      WHEREAS, in a Notice Vacating Trial Date and Resetting Pretrial Conference Date

25 entered April 26, 2012, the Court vacated the trial date and continued the pre-trial conference to

26 May 11, 2012;

27      WHEREAS, the parties have participated in ongoing discussions in an effort to resolve

28 the matter prior to trial and agree that continuing the deadline for pre-trial filings will allow

1  defense counsel time to meet and confer with the defendant, who is in custody, about discussions
2  with the government; and
3      WHEREAS, the parties agree that justification and good cause exist to continue the
4  deadline for filing pre-trial motions and memoranda from April 27, 2012 to May 4, 2012.
5      IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 27, 2012

                  /s/
MAUREEN C. ONYEAGBAKO
Special Assistant United States Attorney

Dated: April 27, 2012

                  /s/
BRENDAN M. HICKEY
Counsel for Defendant

**ORDER**

Based on the reasons provided in the Joint Stipulation To Continue Deadline For Pre-Trial Findings and good cause appearing, IT IS HEREBY ORDERED that the deadline for filing pre-trial motions and memoranda, currently scheduled for April 27, 2012, is continued to May 4, 2012.

IT IS SO ORDERED.

DATED: Í ƉƉG

HON. D. LOWELL JENSEN
United States District Judge