MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MAUREEN C. ONYEAGBAKO (CABN 238419)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone:  (510) 637-3680
    Facsimile:  (510) 637-3724
    E-mail:  maureen.onyeagbako@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00481 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME; ORDER |
| v. | ) | |
| HECTOR MARTINEZ-HERNANDEZ, | ) | Date: July 24, 2012<br>Time: 11:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, as follows:

WHEREAS, the parties appeared for a status conference before the Honorable Donna M. Ryu on May 8, 2012;

WHEREAS, defense counsel represented to the Court that the parties have reached a resolution and that Defendant intends to enter a guilty plea;

WHEREAS, the matter was continued to July 24, 2012 for change of plea and sentencing before the Honorable Saundra Brown Armstrong, and the matter referred to the United States Probation Office for presentence investigation and report;

STIP. TO EXCLUDE TIME;
[PROPOSED] ORDER
CR09-00481 SBA

1

WHEREAS, a copy of the proposed plea agreement was submitted to the Honorable Saundra Brown Armstrong on May 11, 2012 for review and consideration; and

WHEREAS, the parties agree that the time from the date of this stipulation to July 24, 2012 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for the Court's review and consideration of the proposed plea agreement.

Respectfully submitted,

Dated: May 14, 2012

_____/s/_____
MAUREEN C. ONYEAGBAKO
Special Assistant United States Attorney

Dated: May 14, 2012

_____/s/_____
BRENDAN M. HICKEY
Counsel for Defendant

### **ORDER**

Based on the reasons provided in the Stipulation To Exclude Time, and good cause appearing, IT IS HEREBY ORDERED that time shall be excluded from May 14, 2012 to July 24, 2012 in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of the proposed plea agreement.

IT IS SO ORDERED.

Dated: _5/17/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. TO EXCLUDE TIME;
[PROPOSED] ORDER
CR09-00481 SBA

2